TUTUNJIAN & BITETTO, P.C.
Personal Service


*148179*

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index no : **23-cv-5786 PKC-CLP**
Date of Purchase: **08/01/2023**

### AFFIDAVIT OF SERVICE

| Plaintiff(s): | MOON SPELL, LLC |
|---|---|
| Defendant(s): | NICOLAS MACIEL AND CADVERSITY, LLC |

COMMONWEALTH OF MASSACHUSETTS COUNTY OF SUFFOLK     ss.:

**MERRILL SMALLWOOD**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years old and am not a party to this action. I reside in the Commonwealth of Massachusetts.

On **08/09/2023** at **8:55 AM**, I served the within **SUMMONS IN A CIVIL ACTION (DATED 8/1/2023 AND FILED 8/1/2023); COMPLAINT JURY DEMANDED (7/31/2023); SUPPORTING EXHIBITS** with index number and date of filing thereupon affixed on **NICOLAS MACIEL** at **100 PIER 4 BOULEVARD, BOSTON, MA 02210** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **Defendant(s)** personally. At the time of such service I knew the person so served as aforesaid to be the same person mentioned and described in the aforementioned documents as **NICOLAS MACIEL** the **Defendant(s)** in this action.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Male | White | Brown | 28-30 | 5'8"-5'9" | 170 lbs |
| Other Features: | | | | | |

That at the time of service, I asked the above mentioned **Defendant(s)** whether he or she was active in, or a dependant of a person in the military service of the United States Government, or the State of Massachusetts and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **Defendant(s)** is not in the military service of the United States Government or the State of Massachusetts as that term is defined in the statutes of the State of Massachusetts, or the Federal Servicemembers Civil Relief Act.

Sworn to and subscribed before me on
8/16/23

Notary Public,

X _____
MERRILL SMALLWOOD
Reliant Court Services, Inc.
1 Comac Loop, Unit 1A1
Ronkonkoma, NY 11779
NYC DCWP Agency License#: 1382164-DCA
(631)567-3120

**XIUXIU ZHU**
Notary Public, Commonwealth of Massachusetts
My Commission Expires November 08, 2024

