TUTUNJIAN & BITETTO, P.C.
Corp/Business Service



*148180*

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

Index no : **23-cv-5786 PKC-CLP**
Date of Purchase: **08/01/2023**

**AFFIDAVIT OF SERVICE**

| Plaintiff(s): | MOON SPELL, LLC |
|---|---|
| Defendant(s): | NICOLAS MACIEL AND CADVERSITY, LLC |

STATE OF MASSACHUSETTS COUNTY OF NORFOLK    ss.:

**MERRILL SMALLWOOD**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to this action. I reside in the state of Massachusetts. I reside in Norfolk county.

On **08/09/2023** at **8:55 AM**, I served the within **SUMMONS IN A CIVIL ACTION (DATED 8/1/2023 AND FILED 8/1/2023); COMPLAINT JURY DEMANDED (7/31/2023); SUPPORTING EXHIBITS** with index number and date of filing thereupon affixed on **CADVERSITY, LLC** a Domestic/Foreign Corporation or Municipality (one of) the **Defendant(s)** at **100 PIER 4 BOULEVARD, BOSTON, MA 02210** in the manner indicated below:

By delivering to and leaving personally with **NICOLAS MACIEL, AUTHORIZED AGENT,** a managing or authorized agent, who indicated that he/she was authorized to accept service on behalf of the entity, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| Male | White | Brown | 28-30 | 5'8"-5'9" | 170 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on
8/16/23

Notary Public,

X_____
MERRILL SMALLWOOD
Reliant Court Services, Inc.
1 Comac Loop, Unit 1A1
Ronkonkoma, NY 11779
NYC DCWP Process Serving Agency Lic.#: 1382164-DCA
(631)567-3120

**XIUXIU ZHU**
Notary Public, Commonwealth of Massachusetts
My Commission Expires November 08, 2024