**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Moon Spell, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>Nicolas Maciel, and<br><br>Cadversity, LLC,<br><br>              Defendants. | **Case No. 23-cv-5786 (PKC)(CLP)** |

**FIRST EX PARTE MOTION TO EXTEND TIME TO ANSWER**

Plaintiff, Lifetime Brands, Inc. ("Plaintiff" or "Lifetime"), by its attorneys, TUTUNJIAN & BITETTO, P.C., requests an extension of time for Defendants, Nicolas Maciel ("Maciel") and Cadversity, LLC ("Cadversity") (collectively "Defendants") to answer.

Plaintiff effected personal service of the present Complaint on Defendants on August 9, 2023. An Answer is currently due on August 30, 2023.

Settlement negotiations are ongoing and counsel for Defendants has requested a thirty-day extension of time to prepare their Answer. Plaintiff consents to this. Counsel for Defendants has not yet appeared, and is not admitted to this Court, and so the present motion is made *ex parte*.

Plaintiff therefore requests an extension of Defendants' time to file an Answer by thirty days, to September 29, 2023.

Dated the 24th day of August, 2023.

                                                      **TUTUNJIAN & BITETTO, P.C.**

By: *Ed Ryan*
Edward P. Ryan, Esq. (ER6661)
401 Broadhollow Road, Suite 402
Melville, New York 11747
Tel:  (631) 844-0080
Fax:  (631) 844-0081
Email: edr@tb-iplaw.com